LEVITON MANUFACTURING CO., INC., Plaintiff–Appellant,

v.

NICOR, INC. (doing business as Nicor Lighting & Fans), Defendant–Appellee,

and

Harbor Freight Tools USA, Inc., Defendant–Appellee,

and

Zhejiang Dongzheng Electrical Co., Ltd., Defendant–Appellee.

No. 2007–1571.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of Leviton Manufacturing Co., Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.